John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Facsimile: 310-507-7906
*john@kristensenlaw.com*
*jesenia@kristensenlaw.com*

*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRACY BACON, individually and on behalf of all those similarly situated, <br><br> Plaintiff, <br> vs. <br><br> JARED FORBUSH, an individual; and DOES 1-10, inclusive, <br><br> Defendant. | Case No.: 2:20-cv-09853-DMG-SK <br><br> **PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT JARED FORBUSH** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with Federal Rule of Civil Procedure 4, attached hereto as Exhibit 1 is a true and correct copy of the proof of service of the Summons, Complaint, and other case initiating documents upon defendant Jared Forbush, who was served via personal service on November 1, 2020. Defendant Jared Forbush's deadline to file a responsive pleading is Monday, November 23, 2020.

Dated: November 4, 2020                    **KRISTENSEN LLP**

*/s/ John P. Kristensen*
John P. Kristensen
Jesenia A. Martinez

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on Wednesday, November 04, 2020, a true and correct copy of the attached PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT JARED FORBUSH AND ACCOMPANYING DOCUMENTS were served via US Mail upon the following parties via pursuant to Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE

Jared Forbush
318 West 250 South
Kaysville, Utah  84037

**Defendant**

*s/ Emma Salmon*
Emma Salmon